No. 915. FEDERAL POWER COMMISSION *v.* METROPOLITAN EDISON CO. ET AL. April 28, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Solicitor General Jackson* and *Mr. Oswald Ryan* for petitioner. *Messrs. Walter Biddle Saul, C. Edward Paxson, Edward F. Huber,* and *Geo. J. Banigan* for respondents. ▇

No. 18, original. EX PARTE PAYSOFF TINKOFF. May 2, 1938. The motion for leave to proceed *in forma pauperis* is granted. The motion for leave to file petition for writ of certiorari is also granted. *Paysoff Tinkoff, pro se.*

No. 904. WAIALUA AGRICULTURAL Co. *v.* CHRISTIAN ET AL.; and

No. 909. CHRISTIAN *v.* WAIALUA AGRICULTURAL Co. May 2, 1938. Petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Herman Phleger, Maurice E. Harrison,* and *J. Garner Anthony* for the Waialua Agricultural Co. *Messrs. M. C. Sloss* and *Charles M. Hite* for Eliza R. P. Christian et al. ▇

No. 869. NEW YORK LIFE INS. CO. *v.* JACKSON ET AL. See *ante,* p. 261.